IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ERIC DANIEL KOLKEBECK,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | MEMORANDUM DECISION<br><br>Case No. 2:14-cv-00514-CW-DBP<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

This matter comes before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Rule 56(d) Motion for Additional Discovery. (Dkt. 31.) The Court being fully advised of the premises,

**HEREBY GRANTS** Defendant's Motion. Defendant has up to and including August 21, 2015, to file it response to Plaintiff's Rule 56(d) Motion for Additional Discovery.

Additionally, the parties are reminded that proposed orders for motions to extend time and other stipulated motions must be "emailed in an editable format to the chambers of the assigned judge." D.U. Civ. R. 7-1(a).

Dated this 14th day of August, 2015.

By the Court:

Dustin B. Pead
United States Magistrate Judge